IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| The State of South Carolina, | ) | Civil Action Number: 3:13-CV-00899-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CONSENT ORDER FOR LIMITED |
| Hitachi Displays, Ltd., Epson Imaging | ) | REMAND AS TO |
| Devices Corp., and Sharp Corporation | ) | HITACHI DISPLAYS, LTD |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action was removed to this Court from the Richland County Court of Common Pleas, Fifth Judicial Circuit, by defendant Sharp Corporation ("Sharp") by a Notice of Removal filed on April 4, 2013 (D.E. 1). The State of South Carolina (the "State"), by and through its Attorney General Alan Wilson, and Defendant Hitachi Displays, Ltd. ("Hitachi") entered into a written settlement agreement prior to the filing of the Notice of Removal, resolving all claims brought by the State against Hitachi. The State, Hitachi and Sharp have informed the Court that they agree, consent and stipulate as follows:

1. Pursuant to 28 U.S.C. § 1441(c)(1)(B) and 1441(c)(2), all claims against Hitachi should be immediately remanded to the Richland County Court of Common Pleas, Fifth Judicial Circuit, so that the pre-removal settlement with Hitachi may be closed.

2. Remand to state court of all claims against Hitachi is proper, although this Limited Remand is inapplicable to the State's claims against Epson

>Imaging Devices Corp. and/or against Sharp Corporation, nor the remaining action itself.

For good cause having been shown, by and with the agreement, consent and stipulation of counsel for the State and that of counsel for Defendant Hitachi and Defendant Sharp, the Consent Motion for Limited Remand as to Hitachi Displays, Ltd. is GRANTED. Accordingly, the State's claims against Defendant Hitachi Displays, Ltd. are remanded to the Richland County Court of Common Pleas. A certified copy of this order of limited remand shall be sent by the Clerk of this Court to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit.

IT IS SO ORDERED.

April 15, 2013                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge