IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The State of South Carolina, | C/A No. 3:13-cv-00899-JFA |
| Plaintiff, | |
| vs. | **ORDER** |
| Hitachi Displays Ltd; Epson Imaging Devices Corporation; and Sharp Corporation, | |
| Defendants. | |

This case is one of four complaints stayed by the court pending the outcome of a petition for a writ of certiorari.[1] Today, the United States Supreme Court denied that petition. *AU Optronics Corp. v. South Carolina*, 12-911, 2014 WL 210665 (U.S. Jan. 21, 2014). Accordingly, this court hereby lifts the stay. In light of today's decision by the Supreme Court as well as its decision in a similar case, *Mississippi ex rel. Hood v. AU Optronics Corp.*, 12-1036, 2014 WL 113485 (U.S. Jan. 14, 2014), this court finds that it lacks subject-matter jurisdiction and remands the entire case, including any claims against Defendant Epson Imaging Devices Corporation, to state court. The Clerk of Court shall send a certified copy of this order of remand to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

January 21, 2014         Joseph F. Anderson, Jr.
Columbia, South Carolina     United States District Judge

---

[1] The court did not stay the case as to Defendant Epson Imaging Devices Corporation ("Epson"). The State of South Carolina had served Epson after the court stayed the case and Epson has since sought dismissal for lack of personal jurisdiction.